IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SARAH DINEEN AND ADA POWERS, ON BEHALF OF THEMSELVES AND OTHERS SIMILARLY SITUATED, <br> PLAINTIFFS, <br><br> V. <br><br> CNC, LLC, D/B/A SUSHI SAKE, <br> DEFENDANT. | § § § § § § § § § § | CAUSE NO. A-07-CA-953-LY |

## ORDER

Pending before this Court in the above-styled and numbered cause is Plaintiffs' Agreed Motion to Modify Scheduling Order filed April 10, 2008 (Doc. #18). By their motion, Plaintiffs seek to extend the Scheduling Order deadline for the parties to file all amended or supplemental pleadings and join additional parties. Having considered the motion, the Court is of the opinion that the parties' motion should be denied.

The Court advises the parties that they can revise the dates contained in their Proposed Scheduling Order by agreement, without Court approval. The parties may continue to avail themselves of such procedure until the date of the Initial Pretrial Conference, which is scheduled for May 8, 2008, at 2:00 p.m.

**IT IS THEREFORE ORDERED** that Plaintiffs' Agreed Motion to Modify Scheduling Order filed April 10, 2008 (Doc. #18) is **DENIED**.

SIGNED this _11th_ day of April, 2008.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE